JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALPHONSE MAKAR<br><br>          Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORP., D/B/A AMTRAK, ET AL.<br><br>          Defendant | Case No. CV 09-3534 CAS (AJWx)<br><br>JUDGMENT |

Pursuant to the Court's order granting summary judgment, judgment is hereby entered in favor of defendant National Railroad Passenger Corp. d/b/a Amtrak, and against plaintiff Alphonse Makar.  Each side shall bear its own costs.

IT IS SO ORDERED.

Dated: March 10, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE